UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE                                                               CASE NO.  23-14458-RAM
                                                                     CHAPTER 13

**Guillermo Valdes, Jr.**
**Jessica Lyn Valdes**
                **Debtors**

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel

for TIAA, FSB, its Successors and/or Assigns, a secured creditor of the above styled Debtors.

The Clerk of the Court is requested to add the name and address of the undersigned to

the matrix of creditors prepared in connection with the case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court

for the Southern District of Florida and I am in compliance with additional qualifications to

practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted,

/s/Jason A. Weber
Jason A. Weber, Esq.
Fla. Bar No. 0051681
Counsel for Secured Creditor

TIFFANY & BOSCO, P.A.
1000 Corporate Drive, Suite 150
Fort Lauderdale, Florida 33334
Telephone: (954) 828-1118
Facsimile: (954) 828-1101
Toll Free: (800) 826-1699
jaw@tblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of June, 2023., a copy of the foregoing pleading was served upon the following parties to this proceeding via First Class, U.S. Mail, Postage prepaid and/or electronic filing:

***Debtors***
Guillermo Valdes, Jr.
Jessica Lyn Valdes
6922 Holly Road
Hialeah FL 33014


Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL  33013
jose@blancopa.com

Nancy K. Neidich
POB 279806
Miramar, FL  33027
www.ch13miami.com

***U.S. Trustee***
**Office of the US Trustee**
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130

/s/ Jason A. Weber
Counsel for Secured Creditor