UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Guillermo  Valdes, Jr.                          Case No.: 23-14458-RAM
         Jessica Lyn Valdes                              Chapter 13

_____ Debtor(s) _____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Requirement

to File Financial Management Course Certificate was sent to all parties on the attached

service list on August 14, 2023.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Guillermo  Valdes, Jr. Jessica Lyn Valdes
6922 Holly Road
Hialeah, FL 33014

All Creditors on the Matrix

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
By: */s/ Jose A. Blanco*  | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013
Tel. (305) 349-3463