**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Guillermo Valdes, Jr.          Case No.: 23-14458-RAM-
         Jessica Lyn Valdes              Chapter 13

_____Debtor(s)_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| 9 | Merrick Bank/CCHoldings | $4,139.00 |

Basis for Objection and Recommended Disposition

On or about June 27, 2023, Creditor filed a general unsecured proof of claim in the amount of $*4,139.00* for a Credit Card account ending in 5352. This claim is barred by the statute of limitations. Debtors request this claim be stricken and disallowed.

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| 10 | Merrick Bank/CCHoldings | $1,444.77 |

Basis for Objection and Recommended Disposition

On or about June 27, 2023, Creditor filed a general unsecured proof of claim in the amount of $1,444.77 for a Credit Card account ending in 0413. This claim is barred by the statute of limitations. Debtors request this claim be stricken and disallowed.

LF-70 (rev. 12/01/09)

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: <u>August 23, 2023</u>

                                         Respectfully Submitted:
                                         **JOSE A. BLANCO, P.A.**
                                         By: <u>*/s/ Jose A. Blanco*</u> |    FBN: 062449
                                         Attorney for Debtor(s)
                                         102 E 49th ST
                                         Hialeah, FL 33013
                                         Tel. (305) 349-3463

LF-70 (rev. 12/01/09)