

ORDERED in the Southern District of Florida on September 25, 2023.

Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Guillermo Valdes, Jr.       Case No.: 23-14458-RAM
        Jessica Lyn Valdes           Chapter 13

             Debtor(s)       /

### ORDER SUSTAINING OBJECTION TO CLAIM OF MERRICK BANK/CCHOLDINGS

THIS MATTER having come to be heard without objection on the consent calendar on September 19, 2023, upon Debtor's Objection to Claim of Merrick Bank/CCHoldings (ECF#30; claims #9 & 10) and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The objection to the proofs of claims of Merrick Bank/CCHoldings is SUSTAINED.

2. The claims are stricken and disallowed.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:     (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)