

ORDERED in the Southern District of Florida on November 22, 2023.

Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Guillermo Valdes, Jr.
        Jessica Lyn Valdes

Case No.: 23-14458-RAM-

Chapter 13

_____Debtor(s)_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF MIAMI LAKES LAKE MARTHA HOA, NO 2

THIS MATTER having come to be heard on November 14, 2023, upon Debtor's Objection to Claim of Miami Lakes Lake Martha HOA, No 2 (ECF#50; claim #17) and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The objection to the proof of claim of Miami Lakes Lake Martha HOA, No 2 is OVERRULED as moot.

# # #

LF-70 (rev. 12/01/09)

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:     (305) 349-3463
Fax:     (786) 567-5057
E-Mail: jose@blancopa.com

LF-70 (rev. 12/01/09)