UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Guillermo Valdes, Jr.                                          Case No.: 23-14458-RAM
         Jessica Valdes                                                 Chapter 13
                 Debtor(s)                    /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Continued Confirmation Hearing and Objection to Exemptions was sent to all parties on the attached service list on December 21, 2023.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Guillermo Valdes, Jr. Jessica Lyn Valdes
6922 Holly Road
Hialeah, FL 33014

All Creditors on the Matrix

Respectfully submitted:            **Jose A. Blanco, P.A.**
December 21, 2023                  By: */s/ Jose A. Blanco* | FBN: 062449
                                   Attorney for Debtor(s)
                                   102 E 49th ST
                                   Hialeah, FL 33013,
                                   Tel. (305) 349-3463
                                   E-mail: jose@blancopa.com