UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Guillermo Valdes, Jr.
Jessica Lyn Valdes
Debtor(s) /

Case No.: 23-14458-RAM
Chapter 13

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the **Amended Agreed Order to Employer to Deduct and Remit and for Related Matters** was sent to all parties on the attached service list on March 20, 2025.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Guillermo Valdes, Jr. Jessica Lyn Valdes
6922 Holly Road
Hialeah, FL 33014

Vensure Employer Services. Inc.
ATTN: PAYROLL DEPARTMENT
1475 S Price RD
Chandler, AZ 85286

Respectfully submitted:
March 20, 2025

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com