**Fill in this information to identify the case:**

Debtor 1 _Guillermo Valdes, Jr._

Debtor 2 _Jessica Lyn Valdes_
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida (Miami)

Case number _23-14458-RAM_

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _Miami Lakes Lake Martha HOA, #2, Inc._   **Court claim no**. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:     6   9   2   2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

---

**Part 1:**   **Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | Lien Notice of July 12, 2023 | (3) | $ 539.50 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | August 17, 2023 | (5) | $ 525.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_Recording Fees - Claim of Lien_ | July 12, 2023 | (11) | $ 13.75 |
| 12. Other. Specify:_Title Search_ | July 12, 2023 | (12) | $ 10.00 |
| 13. Other. Specify:_Postage_ | July 12, 2023 | (13) | $ 8.44 |
| 14. Other. Specify:_Notice of BKCY provided on 8/16/23_ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

---

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page **1**

Debtor 1    Guillermo _____ Valdes, Jr. _____        Case number (if known) 23-14458-RAM _____
First Name    Middle Name    Last Name

## Part 2:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____ *ecc, Esq, Agent* _____        Date _08/17/23_
Signature

Print:    Michael _____ S. _____ Chdrow _____        Title  As Agent - Florida Bar No.: 143782
First Name    Middle Name    Last Name

Company    Brough, Chadrow & Levine, P.A. _____

Address    2149 North Commerce Parkway _____
Number    Street
Weston _____        FL    33326
City    State    ZIP Code

Contact phone    (954) 384-0732 _____        Email  mchadrow@bclattorneys.com

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August *17th*, 2023, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to following parties:

**U.S. Mail**

Guillermo Valdes, Jr., 6922 Holly Road, Hialeah, FL 33014

Jessica Lyn Valdes, 6922 Holly Road, Hialeah, FL 33014

**CM/EFC**
Jose A. Blanco, Esq. on behalf of Debtors, Guillermo Valdes, Jr. and Jessica Lyn Valdes
jose@blancopa.com

Nancy K. Neidich , Trustee
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.EFC@usdoj.gov

All other parties on the Clerk's CM/ECF service list

BROUGH & CHADROW & LEVINE, P.A.
Attorneys for Creditor
2149 North Commerce Parkway
Weston, FL 33326
Tel: (954) 384-0732 / Fax: (954) 384-0846
eService: mchadrow@bclattorneys.com

By: _____
    Michael S. Chadrow, Esquire
    Florida Bar No.: 143782