**Fill in this information to identify the case:**

Debtor 1: GUILLERMO VALDES, JR.

Debtor 2: JESSICA VALDES
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN District of FL
(State)

Case number: 23-14458-BKC-RAM

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

---

**Name of creditor:** MIAMI LAKES LAKE MARTHA HOMEOWNERS ASSOCIATION, NO 2, INC.

**Court claim no.** (if known): 17

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 2 2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ___/___/___

---

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges |  | (1) | $ |
| 2. Non-sufficient funds (NSF) fees |  | (2) | $ |
| 3. Attorney fees | Bill dated 11/20/23 | (3) | $ 525.00 |
| 4. Filing fees and court costs |  | (4) | $ |
| 5. Bankruptcy/Proof of claim fees |  | (5) | $ |
| 6. Appraisal/Broker's price opinion fees |  | (6) | $ |
| 7. Property inspection fees |  | (7) | $ |
| 8. Tax advances (non-escrow) |  | (8) | $ |
| 9. Insurance advances (non-escrow) |  | (9) | $ |
| 10. Property preservation expenses. Specify:_____ |  | (10) | $ |
| 11. Other. Specify:_____ |  | (11) | $ |
| 12. Other. Specify:_____ |  | (12) | $ |
| 13. Other. Specify:_____ |  | (13) | $ |
| 14. Other. Specify:_____ |  | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  GUILLERMO VALDES, JR.              Case number (*if known*) 23-14458-BKC-RAM
         First Name  Middle Name  Last Name

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Stuart M. Gold          Date 11/20/2023
  Signature

Print:  STUART M. GOLD, ESQ.          Title  ATTORNEY
        First Name  Middle Name  Last Name

Company  SAX, WILLINGER & GOLD

Address  1931 NW 150 AVENUE, STE 267
         Number       Street
         PEMBROKE PINES          FL 33028
         City                    State   ZIP Code

Contact phone  (305) 591-1040          Email  sgold@swglawyers.com

SAX, WILLINGER & GOLD
ATTORNEYS AT LAW
1931 NW 150th Avenue, Suite 267
Pembroke Pines, FL 33028
(305) 591-1040

November 20, 2023

Miami Lakes Lake Martha Homeowner's Association No. 2 Inc.
c/o Brough, Chadrow & Levine, P.A.
Weston Professional Centre
2149 North Commerce Parkway
Weston, Florida 33326

Beginning Balance of Current Billing: $ 0.00

**FOR PROFESSIONAL SERVICES RENDERED:**

RE:    GUILLERMO VALDEZ 23-14458-RAM

| Date | Hours | Atty | Description | Amount |
|---|---|---|---|---|
| 11/14/23 | 1.0 | SMG | Prepare for and Attend Hearing on Debtor's Objection to Notice of Post Petition Mortgage Fees, Expenses and Charges; Prepare Order Overruling Objection | $ 250.00 |
| 10/12/23 | 1.1 | SMG | Review Debtor's Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges. Review E-mails from J. Blanco Esq. and M. Chadrow Esq.; Prepare Response to Objection | $ 275.00 |

TOTAL BALANCE DUE:    $ 525.00

**CERTIFICATE OF SERVICE RE: RULE 3002 MATTER**

I HEREBY CERTIFY that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges (Court Claim No. 17), filed by Creditor Miami Lakes Lake Martha Homeowners Association, No 2, Inc. was furnished by First Class mail on 20th day of November, 2023 to: GUILLERMO VALDES, JR. and JESSICA LYN VALDES, 6922 Holly Road, Hialeah, FL 33014 and served on all parties registered to receive notice by electronic transmission on the 20th day of November, 2023.

>SAX, WILLINGER & GOLD
>Attorney for Creditor
>1931 NW 150 Avenue
>Suite 267
>Pembroke Pines, FL 33028
>(305) 591-1040
>E-Mail: sgold@swglawyers.com
>
>   /s/ Stuart M. Gold
>STUART M. GOLD, ESQ.
>FL Bar No.: 265421